872

No. 279. McCoy *v.* Siler et al., trading as Siler Brothers, et al. C. A. 3d Cir. Certiorari denied. *Ernest Ray White* for petitioner.

No. 294. Howarth *v.* Howarth. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Lawrence M. Cahill* and *Edith C. Cahill* for petitioner.

No. 296. Eureka Williams Corp. *v.* McCorquodale. United States Court of Customs and Patent Appeals. Certiorari denied. *Edwin J. Balluff* for petitioner.

No. 297. Watson *v.* Sinclair Refining Co. Supreme Court of Florida. Certiorari denied. *Erwin Sibley* for petitioner. *Mitchell D. Price* for respondent.

No. 298. Forbes *v.* Commissioner of Internal Revenue. C. A. 2d Cir. Certiorari denied. *Watson Washburn* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack, Lee A. Jackson* and *Robert B. Ross* for respondent.

No. 303. Fisher *v.* United States. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Myron G. Ehrlich* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.